

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2019

No. 04-18-00402-CV

**IN THE ESTATE OF MARIA L. RAYNES, DECEASED,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2013PC0369
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

On July 26, 2019, Shannon K. Dunn, counsel for Appellant/Cross-Appellee Leah Raynes, and Renée Yanta, the proposed substitute as counsel of record, jointly filed an unopposed motion to substitute counsel. The motion states that Appellant/Cross-Appellee Leah Raynes has received a copy of the motion and has consented to the substitution. *See* TEX. R. APP. P. 6.5(b).

The motion to substitute Renée Yanta as counsel of record and allow Shannon K. Dunn to withdraw is GRANTED.

We DIRECT the clerk of this court to update this court's records accordingly.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court